LAW OFFICES OF RODNEY
BRIDGERS, L.L.L.C.

Rodney P. Bridgers, Jr. (9505)
707 Richards Street, Suite 526
Honolulu, HI 96813
Tel: (808) 536-3255
rod@helpingemployeeshi.com

Attorneys for Plaintiffs Bryan Meek
and Monteverde & Associates PC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| BRYAN MEEK and MONTEVERDE & ASSOCIATES PC,<br><br>    Plaintiffs,<br> v.<br><br>HAWAIIAN HOLDINGS, INC., PETER R. INGRAM, LAWRENCE S. HERSHFIELD, WENDY A. BECK, EARL E. FRY, JAYNE HRDLICKA, MICHAEL E. MCNAMARA, CRYSTAL K. ROSE, CRAIG E. VOSBURG, RICHARD N. ZWERN, DANIEL W. AKINS, MARK D. SCHNEIDER, and DUANE E. WOERTH,<br><br>    Defendants. | Case No. 24-00031 MWJS-KJM<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
|---|---|

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Notice is hereby given that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and LR 41.1, Plaintiffs voluntarily dismiss with prejudice the above-captioned action against all Defendants.  This notice of dismissal with prejudice is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.  Plaintiffs do not seek the award of any fees or costs.  There are no remaining claims following this dismissal with prejudice.

Dated: Honolulu, Hawaii, this 28th day of June, 2024.

Respectfully submitted,

**LAW OFFICES OF RODNEY BRIDGERS, L.L.L.C.**

/s Rodney P. Bridgers, Jr.
Rodney P. Bridgers, Jr.
707 Richards Street, Suite 526
Honolulu, HI 96813
Tel: (808) 536-3255
rod@helpingemployeeshi.com

*Attorney for Plaintiffs Bryan Meek and Monteverde & Associates PC*

**APPROVED AS TO FORM:**

DATED:  July 1, 2024, at Honolulu, Hawai'i.



/s/ Micah W.J. Smith
Micah W.J. Smith
United States District Judge

*Meek et al. v. Hawaiian Holdings, Inc. et al.* Civil No. 24-00031 MWJS-KJM;
NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE